UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shawn Garl, *et al.*,

    Plaintiffs,

v.                                     Civil Case Number 16-13712

Genesee Valley Auto Mall, Inc.,       Sean F. Cox
                                           United States District Court Judge

    Defendant.

_____/

**ORDER DENYING WITHOUT PREJUDICE DOCKET ENTRY NO. 4**

Plaintiffs filed this action on October 18, 2016.

On December 21, 2016, Plaintiff's filed a "Motion For Entry of Default." (Docket Entry No. 4) (emphasis added). Because the document was filed as a motion – rather than a "Request for Clerk's Entry of Default" – the Clerk's Office has taken no action on the request.

If Plaintiffs wish to obtain a Clerk's Entry of Default, they may use the form provided on the district court's internet webpage for making that request. The Court cautions Plaintiffs' counsel, however, that service upon the corporate defendant in this case does not appear proper under the applicable court rules.

The Court hereby DENIES WITHOUT PREJUDICE Docket Entry No. 4.

IT IS SO ORDERED.

                                                   S/Sean F. Cox
                                                   Sean F. Cox
                                                   United States District Judge

Dated: January 9, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on

1

January 9, 2017, by electronic and/or ordinary mail.

                                            S/Jennifer McCoy
                                            Case Manager